APPEAL No. 74-267. ARTHUR NOVOGROSKI *v.* WALTER O'BRIEN. Motion of defendant to affirm the judgment below pursuant to Rule 16(g) is granted. *Coffey, McGovern, and Novogroski, Charles J. McGovern, Stephen C. Hanley,* for plaintiff. *D. A. St. Angelo,* for defendant.

APPEAL No. 75-96. FIREMAN'S FUND INSURANCE COMPANY *v.* LOLA JANE MCALPINE, *Admx.* Motion of plaintiff for an indefinite extension of time for the filing of its brief is granted. *Higgins, Cavanagh & Cooney, John T. Walsh, Jr.,* for plaintiff. *Moore, Virgadamo, Boyle & Lynch, Ltd., Francis J. Boyle,* for defendant.

APPEAL No. 75-155. EDWARD R. CONWAY, *p.a.* EDWARD R. CONWAY, JR. *v.* CARL G. EKDAHL, JR. *et al.* This matter came before the court on defendants' motion to affirm the judgment below under Rule 16(g). In compliance with *Dawson* v. *Rhode Island Auditorium, Inc.,* 104 R. I. 116, 242 A.2d 407 (1968) and *Hamrick* v. *Yellow Cab Co.,* 111 R. I. 515, 304 A.2d 666 (1973), court reviewed all of the evidence in the same manner and fashion as did the trial justice. Since, after reviewing all of the evidence, this court is of the opinion that the trial justice correctly granted the defendants' motion for a directed verdict, the motion to affirm the judgment below is granted. *Rogers and Sarault, Brian J. Sarault,* for plaintiffs. *Hanson, Curran, Bowen & Parks, Michael T. F. Wallor,* for defendants.

APPEAL No. 75-255. PROSPECTING UNLIMITED, INC. *et al. v.* JOHN H. NORBERG, *Tax Administrator.* Motion of defendant to dismiss the appeal is denied without prejudice. Case consolidated for the filing of briefs and hearing before Supreme Court with the case of *Prospecting Unlimited, Inc.* v. *Norberg,* 115, R. I. 929, 345 A.2d 883 (1975). *Joseph F. Vitullo,* for plain- *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Special Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer, Division of Taxation, for defendant.